# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2920
LT Case No. 2023-CF-010335-A

_____

ARNOLD LEWIS VINING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Arnold Lewis Vining, Madison, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

February 10, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____